UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINIKA DIKE,<br><br>  Plaintiff,<br><br>  v.<br><br>ZARA USA, INC.,<br><br>  Defendant. | Case No. 23-cv-00342-WHO<br><br>**ORDER FOR DISMISSAL UPON STIPULATION**<br><br>Re: Dkt. No. 29 |

Plaintiff GINIKA DIKE and defendant ZARA USA INC., have stipulated to a dismissal with prejudice of this entire action, except for the non-individual claims of Dike in the Fifth Cause of Action. Dkt. No. 29. Accordingly, plaintiff Ginika Dike's individual claims alleged in this action are DISMISSED WITH PREJUDICE. The class claims, and the non-individual Private Attorney General Act ("PAGA") claims asserted in the Fifth Cause of Action, are DISMISSED WITHOUT PREJUDICE. The parties shall bear their own attorneys' fees and costs.

Dated: January 22, 2024

_____
WILLIAM H. ORRICK
United States District Judge